BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-0096 JAM |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION FOR APPOVAL OF LIMITED DISCLOSURE OF SEALED TRANSCRIPT AND ORDER |
| v. | |
| ALEJANDRO FLETES-LOPEZ, | |
| Defendants. | |

The United States, by and through Assistant United States Attorney Jason Hitt, moves for approval nunc pro tunc of a limited disclosure of a transcript sealed in this matter by this Court.

On April 7, 2015, defendant Alex LOPEZ was sentenced by this Court. The Court ordered the transcript sealed. During a recent jury trial before Chief Judge Morrison C. England, Jr., LOPEZ was called by the United States as a cooperating witness in the matter of United States v. Washington, et al., Case No. 2:13-cr-0206 MCE. In order to discharge its discovery obligations under Brady/Giglio, prior to LOPEZ testifying, the United States was required to produce the sealed transcript of LOPEZ's sentencing before this Court to defense counsel in the Washington matter. That disclosure was made pursuant to the terms of a restrictive protective order issued by Judge England on June 10, 2015. Under the terms of that protective order, the sealed transcript remains under seal and was produced solely for the purpose of defense counsel's preparation. The transcript was returned to the government and remains in the custody of the United States.

1  The government now moves for approval <u>nunc</u> <u>pro</u> <u>tunc</u> by this Court of this limited, but
2  necessary, disclosure of the sealed sentencing transcript from the LOPEZ case.

4  Dated: August 19, 2015                    BENJAMIN B. WAGNER
                                              United States Attorney

6                                      By:   /s/ JASON HITT
                                              JASON HITT
7                                             Assistant United States Attorney

# ORDER

The Court approves <u>nunc pro tunc</u> the government's limited disclosure of the sealed sentencing transcript in <u>United States v. Lopez</u>, Case No. 2:11-cr-0096 JAM, from April 7, 2015, in the matter of <u>United States v. Washington, et al.</u>, Case No. 2:13-cr-0206 MCE, for the reasons set forth in the government's motion.

**IT IS SO ORDERED.**

DATED: August 20, 2015

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE