PHILLIP A. TALBERT
Acting United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO FLETES-LOPEZ,<br><br>DEFENDANT. | CASE NO. 2:11-CR-00096-JAM<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR COMPASSIONATE RELEASE MOTION; ORDER<br><br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

The parties agree to propose the following briefing schedule with regard to the defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(C)(1)(A):

- Government's responsive briefing shall be due on August 27, 2021.
- Defense's optional reply shall be due on September 10, 2021.

IT IS SO STIPULATED.

Dated: July 31, 2021							PHILLIP A. TALBERT
									Acting United States Attorney


									/s/ PAUL HEMESATH
									PAUL HEMESATH
									Assistant United States Attorney


Dated: July 31, 2021							/s/ LINDA ALLISON
									LINDA ALLISON
									Counsel for Defendant
									ALEJANDRO FLETES-LOPEZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of August, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE